In the Matter of the Petition of MICHAEL T. DALY, as Commissioner of Public Works of the City of New York, Respondent, to Acquire Certain Real Estate for the Protection of the Water Supply of the City of New York. LEWIS E. COLE et al., Appellants.

*Matter of Daly*, 72 App. Div. 394, appeal dismissed.
(Argued February 9, 1903; decided February 17, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1902, which modified, and affirmed as modified, an order of Special Term setting aside the report of commissioners of appraisal.

The motion was made upon the grounds that the order appealed from was made in a special proceeding and is not a final order determining such proceeding.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for motion.

*Isaac N. Mills* opposed.

Motion granted, with costs, on the ground that the order is not a final determination of the proceeding.